# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

ALEKSANDR SKURTU,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Petitioner,　　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　No. 4:07CV1363 FRB
　　　　　　　　　　　　　　　　)
DEPARTMENT OF HOMELAND　　　　)
SECURITY, et al.,　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　Respondents.　　　　　　　)

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Petitioner seeks to overturn an order of removal deporting him to his native country, Moldova. This Court does not have jurisdiction to hear petitions challenging orders of removal. Pursuant to 8 U.S.C. § 1252, a "petition for review [must] be filed with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings." Petitioner's immigration proceedings took place in Potosi, Missouri. As a result, the Court will order the Clerk to transfer this case to the United States Court of Appeals for the Eighth Circuit.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall transfer this case to the United States Court of Appeals for the Eighth Circuit pursuant to 8 U.S.C. § 1252.

An Order of Transfer will accompany this Memorandum and Order.

Dated this 1st day of August, 2007.

                                                                                                           UNITED STATES DISTRICT JUDGE