# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ALEKSANDR SKURTU, )<br>)<br>     Petitioner, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, et al., )<br>)<br>     Respondents. ) | No. 4:07CV1363 FRB |

## ORDER OF TRANSFER

In accordance with the Memorandum and Order entered this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this case is **TRANSFERRED** under 8 U.S.C. § 1252 to the United States Court of Appeals for the Eighth Circuit.

Dated this <u>1st</u> day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com